```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                          WESTERN DIVISION


JORNAY RECHURND RODRIGUEZ,      )
                                )
            Petitioner,         )   Case No.  CV 12-7277-GW(AJW)
                                )
vs.                             )
                                )
E. VALENZUELA, Warden,          )   JUDGMENT
                                )
            Respondent.         )
_____)
```

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: August 30, 2012

_____
George H. Wu
United States District Judge